No. 71–5349. BUCHANAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–5352. BACA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–5040. McKENZIE *v.* DIRECTOR, PATUXENT INSTITUTION. Ct. Sp. App. Md. Certiorari denied as untimely.

No. 71–5319. KING *v.* SADDLEBACK JUNIOR COLLEGE DISTRICT ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE WHITE are of the opinion that certiorari should be granted and case set for oral argument.

No. 70–219. MUNCASTER *v.* UNITED STATES, *ante,* p. 827;

No. 70–5180. HINKLE *v.* SMITH, GOVERNOR OF TEXAS, ET AL., *ante,* p. 910;

No. 71–270. KEN AKER, INC. *v.* GIRARD TRUST BANK, *ante,* p. 912; and

No. 71–5125. DORROUGH *v.* UNITED STATES, *ante,* p. 915. Petitions for rehearing denied.

No. 70–5192. SPENCER *v.* EYMAN, WARDEN, *ante,* p. 838;

No. 70–5212. BROOKS *v.* UNITED STATES, *ante,* p. 839; and

No. 70–5364. MANUEL *v.* AMERICAN NATIONAL TRUST ET AL., *ante,* p. 846. Motions for leave to file petitions for rehearing denied.